**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Jan Meyer, Esq.
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

*Attorneys for Defendant Daniel Ovadia a/k/a Daniel Obadia*

[Co- Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZHAK IFERGAN,<br><br>                                    Plaintiff,<br><br>          -against-<br><br>DANIEL OVADIA a/k/a Daniel Obadia, :<br>a/k/a Chalom M. Amoyelle; CHALOM :<br>AMOYELLE; OBADIA UNIVERSAL, :<br>LLC; and JACKSON LAKEWOOD, LLC,<br><br>                                    Defendants. | Case No.: 3:20-cv-1064 (FLW) (TJB)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br><br>Motion Day: August 7, 2023<br><br>Oral Argument Requested |

**NOTICE OF DEFENDANT DANIEL OVADIA A/K/A DANIEL OBADIA'S MOTION**
**TO VACATE THE DEFAULT JUDGMENT**

00603777;V2                              00597980;V1

**PLEASE TAKE NOTICE** that on August 7, 2023, or as soon thereafter as counsel may be heard, counsel for Defendant Daniel Ovadia a/k/a Daniel Obadia shall move by and through his attorneys, before the Honorable Freda L. Wolfson, U.S.D.J., for an Order vacating the default judgment previously entered against Defendant, and such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of his Motion, Defendant will rely upon the accompanying Memorandum of Law, his Declaration, the Declaration of Chalom Amoyelle, and the Declaration of Richard L. Elem, with annexed exhibits, filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted with this motion in accordance with Local Civil Rule 7.1(e).

Dated:  June 28, 2023

Respectfully submitted,

**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**

/s/ Jan Meyer
/s/ Richard L. Elem
Jan Meyer, Esq.
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

-   and   –

/s/Elliot J. Blumenthal
Elliot J. Blumenthal (*pro hac vice* to be filed)
Law Offices of Elliot J. Blumenthal, PLLC
483 Chestnut Street
Cedarhurst, New York 11516
Tel: (516) 295-0903

00603777;V2                              00597980;V1                                          1

Email: elliot@eblumenthallaw.com
*Co-Counsel for Defendant, Daniel Obadia*