UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZHAK IFERGAN,<br><br>       Plaintiff,<br><br>  -against-<br><br>DANIEL OVADIA a/k/a Daniel Obadia, :<br>a/k/a Chalom M. Amoyelle; CHALOM :<br>AMOYELLE; OBADIA UNIVERSAL, :<br>LLC; and JACKSON LAKEWOOD, LLC,<br><br>       Defendants. | Case No.: 3:20-cv-1064 (FLW) (TJB)<br><br>Hon. Freda L. Wolfson, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J. |

**DECLARATION OF RICHARD L. ELEM**
**IN SUPPORT OF DEFENDANT DANIEL OVADIA A/K/A DANIEL OBADIA'S**
**MOTION TO VACATE DEFAULT JUDGMENT**

I, RICHARD L. ELEM, declare as follows:

1. I am an Associate with the Law Offices of Jan Meyer & Associates, P.C.  I am submitting this Declaration in support of Defendant Daniel Ovadia a/k/a Daniel Obadia's Motion to Vacate Default Judgment.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: A translation of the Israeli court decision dated December 24, 2014, issued by the District Court of Jerusalem, in the case of *Ifergan v. Barens*.

Exhibit B: A printout of a running text message chat between Daniel Obadia and David Steinmetz from June 2020 through August 2021.

Exhibit C: Email correspondence between Yitzhak Ifergan's counsel and David Steinmetz.

Exhibit D: Affidavit of Service of the January 14, 2021 Order, filed as ECF Doc. #22.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of June, 2023.

/s/Richard L. Elem
RICHARD L. ELEM