UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YITZHAK IFERGAN,

                              Plaintiff,

              -against-

DANIEL OVADIA a/k/a Daniel Obadia,
a/k/a Chalom M. Amoyelle; CHALOM
AMOYELLE; OBADIA UNIVERSAL,
LLC; and JACKSON LAKEWOOD, LLC,

                              Defendants.

Case No.: 3:20-cv-1064 (FLW) (TJB)

**DECLARATION**

CHALOM AMOYELLE, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury as follows:

1.      I am Chalom Amoyelle.  I am <u>not</u> Daniel Ovadia.  I am told that a lawsuit was filed in Federal Court in New Jersey that states that I am Daniel Ovadia.  That is not true.

2.      I introduced the buyer of the property located at 38 Valley Road, Jackson, New Jersey to Daniel Ovadia.  That was my only involvement in that property.  I do not know Yitzchak Iffergan and there is no reason why my name should be listed as a Defendant in this case.

3.      I reside in Bensalem, Pennsylvania.  I have never been served with any papers relating to this lawsuit.

1

4.      I declare under penalties of perjury that the foregoing is true and correct.

Dated: Bensalem, Pennsylvania
       June 21, 2023

CHALOM AMOYELLE

2

Scanned with CamScanner