# EXHIBIT B

[6/15/20, 12:36:24 PM] David  Steinmetz : Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[6/15/20, 12:36:24 PM] David  Steinmetz : This chat is with a business account.
[6/15/20, 12:36:24 PM] NY Mohel: Hi what time we meeting today ?
[6/15/20, 12:36:49 PM] David  Steinmetz : I don't know yet
[6/15/20, 12:37:05 PM] NY Mohel: Any time is good for me
[6/15/20, 12:37:24 PM] David  Steinmetz : It may have to be another day. It's really crazy right now
[6/15/20, 12:37:47 PM] NY Mohel: No problem
[6/22/20, 10:40:57 AM] NY Mohel: Gut Chodesh
If you coming this week please let me know
Thank You
[6/22/20, 10:41:19 AM] David  Steinmetz : I don't think I can. Can you
Come to me
[6/22/20, 10:42:07 AM] NY Mohel: Ok I will try to come tomorrow or Wednesday
[6/22/20, 10:42:11 AM] David  Steinmetz : Ty
[7/2/20, 2:35:48 PM] NY Mohel: I'm so sorry
I don't have car to come to Lakewood a soon I have I will come Bli Neder
[7/2/20, 2:36:08 PM] David  Steinmetz : When
[7/2/20, 2:36:37 PM] NY Mohel: Maybe Monday
[7/2/20, 2:36:47 PM] David  Steinmetz : Can we do Tuesday?
[7/2/20, 2:36:57 PM] NY Mohel: Ok
[7/2/20, 2:37:09 PM] David  Steinmetz : Ty
[7/2/20, 2:37:14 PM] NY Mohel: If you come to 5 towns let me know
[7/7/20, 10:05:33 PM] David  Steinmetz : ?
[7/8/20, 8:25:03 AM] NY Mohel: Good morning I'm so sorry I didn't found a car
If I can come today you will be available ?
[7/8/20, 8:25:46 AM] David  Steinmetz : Yes
[7/8/20, 8:29:16 AM] NY Mohel: Thank I let you know soon
[7/8/20, 9:03:46 PM] David  Steinmetz : What happened
[7/8/20, 9:27:29 PM] NY Mohel: Can I call you
[7/8/20, 9:30:22 PM] David  Steinmetz : Can we do it tomorrow?
[7/8/20, 9:31:02 PM] NY Mohel: Sure what time approximately
[7/8/20, 9:31:16 PM] David  Steinmetz : Not sure. When's good for you
[7/8/20, 9:32:03 PM] NY Mohel: BH I will try in let morning thank You
[7/9/20, 2:29:18 PM] NY Mohel: Hi I try to call please call me when you have a chance
[7/13/20, 3:42:52 PM] NY Mohel: Hi when is a good time to call
[7/13/20, 4:04:33 PM] David  Steinmetz : We'd at twelve
[7/13/20, 4:34:34 PM] NY Mohel: K
[7/15/20, 9:10:58 AM] NY Mohel: Good morning BH I will be in Lakewood around 12:00
[7/15/20, 9:45:07 AM] NY Mohel: You going to be in Lakewood? Is better that way ? Or phone ?
Yossi is in the 5 towns so he can not come
[7/15/20, 9:46:58 AM] David  Steinmetz : Phone is ok
[7/15/20, 9:49:11 AM] NY Mohel: Ok thank You
[7/15/20, 12:16:21 PM] NY Mohel: I try to call at 12:00 please call me when you are available
[7/15/20, 2:16:12 PM] NY Mohel: Please don't forget me

[7/16/20, 11:51:21 AM] NY Mohel: Reminder
[7/16/20, 5:42:28 PM] NY Mohel: ?
[7/16/20, 5:42:46 PM] David  Steinmetz : Let's talk tomorrow
[7/16/20, 5:43:04 PM] NY Mohel: Bli Neder
[7/20/20, 12:02:27 PM] NY Mohel: Hi ! A small reminder thank You
[7/20/20, 12:12:58 PM] David  Steinmetz : Can we talk we'd
[7/20/20, 12:19:33 PM] NY Mohel: Any time just call me when is good for you at any time if I didn't answer text me please I will call back right away Thank You
[2/11/21, 1:20:08 PM] NY Mohel: Hi I send you a email
And I was Thinking yesterday
Say you know I honestly own this property
You know we did a lot of business together and still owe me millions
16 year you didn't take part the this property
All the problems was on me and you pop up
Ect...
Thank You
[2/15/21, 2:20:08 PM] NY Mohel: Hi please send me the address to send the check
[2/15/21, 3:43:59 PM] David  Steinmetz : 211 boulevard of the americas suite 308
[2/15/21, 3:44:06 PM] David  Steinmetz : Lakewood New Jersey 08702
[2/15/21, 3:44:23 PM] NY Mohel: ☑
[2/18/21, 3:49:40 PM] NY Mohel: Check sent please keep me updated
[2/22/21, 2:32:45 PM] David  Steinmetz : Never got it
[2/22/21, 2:40:18 PM] NY Mohel: Wait day or 2 let me know
[2/22/21, 2:41:58 PM] NY Mohel: Did you respond?
[2/22/21, 2:42:10 PM] David  Steinmetz : Working on it
[2/22/21, 2:42:13 PM] NY Mohel: I can send you a quick pay
[2/22/21, 2:42:29 PM] David  Steinmetz : It's ok I'll wait another day or two
[2/22/21, 2:48:58 PM] NY Mohel: Bh I will receive the paper the the Dayan in a week or 2
[2/22/21, 2:50:05 PM] NY Mohel: Just make sure please we not late
[2/24/21, 9:16:42 PM] David  Steinmetz : Didn't come in
[2/24/21, 9:22:25 PM] David  Steinmetz : Weird
[2/24/21, 9:40:05 PM] NY Mohel: Send me your email I quick pay
[2/24/21, 10:08:52 PM] David  Steinmetz : I don't think I have quick pay
[2/24/21, 10:08:56 PM] David  Steinmetz : I can take cc
[2/25/21, 8:40:41 AM] NY Mohel: Yes
[2/25/21, 10:10:35 AM] David  Steinmetz : Can you send me the card details?
[2/25/21, 10:11:17 AM] NY Mohel: <attached: 00000067-PHOTO-2021-02-25-10-11-16.jpg>
[2/25/21, 10:11:30 AM] NY Mohel: <attached: 00000068-PHOTO-2021-02-25-10-11-29.jpg>
[2/25/21, 10:11:36 AM] NY Mohel: 11516
[2/25/21, 10:11:51 AM] David  Steinmetz : Ty...how much may I charge? Is 2500 ok?
[2/25/21, 10:12:01 AM] NY Mohel: Yes
[2/25/21, 10:12:05 AM] David  Steinmetz : Ty
[2/25/21, 10:12:23 AM] NY Mohel: Please let me know if the judge receive something thank You
[2/25/21, 10:14:10 AM] David  Steinmetz : Ok
[2/28/21, 10:59:37 AM] NY Mohel: Gut voch
Did you receive any mail from they loyer ?
Because I receive few from them
[7/19/21, 5:47:52 PM] David  Steinmetz : What happened? Can we talk in another week?

[7/19/21, 7:36:13 PM] NY Mohel: I'm trying to reach you
I need to know what we doing we receiving mail from them all the times
I very will be to late
Can we talk this week
I need to know what we doing before is late
[7/19/21, 7:36:25 PM] David  Steinmetz : I'm not
[7/19/21, 7:36:56 PM] NY Mohel: I'm not what ?
[7/19/21, 7:37:04 PM] David  Steinmetz : Getting anything
[7/19/21, 7:37:39 PM] NY Mohel: Is a lot going on since them you not in tuch with the loyer ?
[7/19/21, 7:38:31 PM] David  Steinmetz : I don't even know!
[7/19/21, 7:38:56 PM] NY Mohel: So what we doing now ?
[7/19/21, 7:39:02 PM] David  Steinmetz : We have to talk
[7/19/21, 7:39:11 PM] NY Mohel: When
[7/19/21, 7:39:21 PM] David  Steinmetz : Maybe Wednesday
[7/19/21, 7:40:48 PM] NY Mohel: Please give a time because is very important I can't wait an another week
[7/19/21, 7:41:14 PM] David  Steinmetz : I'll text you on wed
[7/19/21, 7:41:27 PM] NY Mohel: Or maybe you can contact the judge and explain hime we need time and you didn't receive anything
[7/19/21, 7:41:58 PM] David  Steinmetz : We'll see
[7/19/21, 7:42:22 PM] NY Mohel: Ok waiting for your text
[7/19/21, 7:45:06 PM] NY Mohel: I send you a case similar with hime did you see it ?
[7/19/21, 7:45:14 PM] David  Steinmetz : No
[7/19/21, 7:45:35 PM] NY Mohel: I will send you again in You mail
[7/19/21, 7:48:46 PM] NY Mohel: I just send you please confirm if you received
[7/19/21, 7:49:56 PM] David  Steinmetz : Ok
[7/19/21, 7:50:59 PM] David  Steinmetz : Got it
[7/19/21, 7:51:16 PM] NY Mohel: Ty
[7/21/21, 11:15:03 AM] NY Mohel: Reminder
[8/5/21, 11:26:11 AM] NY Mohel: Did you receive the email
[8/12/21, 6:42:06 PM] NY Mohel: ??? V
[8/12/21, 8:46:54 PM] NY Mohel: Any update
[8/12/21, 8:48:47 PM] NY Mohel: I send you a email
[8/18/21, 11:33:53 AM] NY Mohel: ???
[8/18/21, 11:33:56 AM] NY Mohel: Any update