# EXHIBIT C

 Gmail

Robert Tolchin <rtolchin@berkmanlaw.com>

## Iffergan vs. Avadia
1 message

**Nicole Davis** <reception@berkmanlaw.com>                                   Fri, Mar 6, 2020 at 2:45 PM
To: Robert Tolchin <rtolchin@berkmanlaw.com>

Good Afternoon Bob
  David Steinmetz called. He is an attorney. His phone number is 732-666-9961 His email address is
david@steinmetzlawllc.com
 It is in regards to Iffergan vs Avadia. He wants to speak to you about the case. Please call

--
Nicole Davis
Receptionist
The Berkman Law Office LLC
111 Livingston Street
Suite 1928
 Brooklyn, New York 11201

 Gmail

Robert Tolchin <rtolchin@berkmanlaw.com>

## Fwd: Iffergan v. Ovadia

2 messages

**Marna Berkman** <mberkman@berkmanlaw.com>
To: Robert Tolchin <rtolchin@berkmanlaw.com>

Wed, Jun 10, 2020 at 3:59 PM

Marna Berkman, Esq
Attorney at Law
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627
mberkman@berkmanlaw.com

Sent from my iPhone

Begin forwarded message:

> **From:** David Steinmetz <david@steinmetzlawllc.com>
> **Date:** June 10, 2020 at 3:58:58 PM EDT
> **To:** "mberkman@berkmanlaw.com" <mberkman@berkmanlaw.com>
> **Subject: Iffergan v. Ovadia**

Mr. Tolchin,

This is David Steinmetz. We spoke some time ago about the above-referenced matter. Would you please contact me as soon as possible?

## STEINMETZ | LLC

*ATTORNEYS AT LAW*

**David C. Steinmetz, Esq.**

**Principal**

211 Boulevard of the Americas, Suite 308 I Lakewood, New Jersey 08701

DIRECT 732.666.9961 | FAX 732.666.9971
david@steinmetzlawllc.com