**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

YITZHAK IFERGAN,

                      Plaintiff,

        -against-

DANIEL OVADIA a/k/a Daniel Obadia, :
a/k/a Chalom M. Amoyelle; CHALOM :
AMOYELLE; OBADIA UNIVERSAL, :
LLC; and JACKSON LAKEWOOD, LLC,

                    Defendants.

**No. 3:20-cv-1064 (FLW) (TJB)**

**[PROPOSED] ORDER VACATING DEFAULT JUDGMENT AS AGAINST**

**DANIEL OVADIA A/K/A DANIEL OBADIA**

1.    Defendant Daniel Ovadia a/k/a Daniel Obadia's Motion to Vacate Default Judgment is GRANTED.

2.    IT IS HEREBY ORDERED that the default judgment entered on July 12, 2021 (ECF Doc. #31) as against Defendant Daniel Ovadia a/k/a Daniel Obadia is hereby vacated.

3.    Defendant Daniel Ovadia a/k/a Daniel Obadia shall file an Answer to the Complaint within twenty (20) days of the date of the within Order.

        SO ORDERED this _____ day of _____, 2023

                            _____

                            Freda L.Wolfson, U.S.D.J.

00719580;V1

125214791v4