## CERTIFICATE OF SERVICE

I, Richard L. Elem, hereby certify that on June 28, 2023, a true and correct copy of the annexed **NOTICE OF DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT** with all supporting Declarations and Exhibits and the Proposed Order, was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 28, 2023

/s/ Richard L. Elem
Richard L. Elem